(Name) Samuel Liam Zoch
(Address) George F. Bailey Detention Facility
446 Alta Road, Suit 5300 / 3C 247 (Top)
(City, State, Zip) San Diego, California 92158
(CDC Inmate No.) # 8139011

**FILED**
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

Samuel Liam Zoch,   Plaintiff,

v.

S.D. County Sheriffs' med.,
S.D. County Jail,

_____,
(Enter full name of each defendant in this action.)
                    Defendant(s).

Civil Case No. **'08 CV 1481 JLS CAB**
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Samuel L Zoch
(print Plaintiff's name)
, who presently resides at 446 Alta Rd, Suite 5300
(mailing address or place of confinement)
San Diego, California 92158 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at S.D. County
County Jail Medical Dept. on (dates) 5-20 thru 31-08, and ?
(institution/place where violation occurred)   (Count 1) 1  (Count 2) 2  (Count 3) 3

2. **Defendants:** (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **S.D. County Jail / S.D.C. Medical Dept** resides in **San Diego, County**,
(name) (County of residence)
and is employed as a **Sheriff Dept / Sheriffs / Procedure**. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Under; Sheriffs Medical System Division.. Moral Dutys of Policies, And Practicies under the Authority of William B Kolender. (The Sheriff.) County Employer.. (ADA)**

Defendant **S.D. County Jail, S.D.C. med Dept** resides in **San Diego, County**,
(name) (County of residence)
and is employed as a **Sheriff Dept. / Procedures / Sheriff**. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Under; Sheriffs Medical System Division. (Medical Treatment) Moral Dutys of Policies, Practicies under the Authority of William B Kolender (The Sheriff). County Employe... (ADA)**

Defendant **S.D. County Jail / S.D.C. medical Dept..** resides in **San Diego, County**,
(name) (County of residence)
and is employed as a **Sheriff Dept / Sheriff / Procedures**. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **Under; Sheriffs Medical System Division.. Moral Dutys of Policies & Practicies. Under the Authoritys of William B Kolender (The Sheriff) County Employe.. (ADA) [Deliberate-indifference] (medical Dept)**

Defendant **Sheriffs Dept / Chief Med** resides in **San Diego, County**,
(name) (County of residence)
and is employed as a **Supervisor (GBDF) 446 Alta Rd 92158**. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 8th AMENDMENT.. 14th: ETC AMENDMENT. Freedom from Cruel And Unusal (E.g., right to medical care, access to courts, Punishment.. Violate 42 (1983) civil Rights due process, free speech, freedom of religion, freedom of association, (freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

COUNT 1: [AMERICAN Disabled ACT]

"During Booking At central Jail i told the booking deputy that i suffer cerbral palsy.. [DR. Kushnir] my psychiatrist in (LA MESA California) i requested central to call my psychiatrist of 8-years so i would receive the (Right) procedures that are follow ups to (maintain) my terrifying anxiety attack while incarcerated in 2 man cell.. I NEVER RECEIVED ANY medications or medical screening At central Jail.. I've suffered social anxiety disorder... I'm "20" years old, and have never been locked up in Adult enviroment of Jail, And it made me panic excruciatingly the intire time of incarceration.. Refusing to provide medication perscribed by civilian, and private psychiatrist [constitues deliberate indifference].. (D.D.A) [A.D.A]

§ 1983 SD Form (Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

Count 2: The following civil right has been violated: 8th AMENDEMENT 14th ETC. FREEDOM FROM CRUEL AND UNUSUAL PUNISHMENT 42 (1983) Civil Rights
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

COUNT 2; TRANSPORTED to 446 AlTA Rd (GBDF) with limited pyschological TREATMENT that i REQUESTED WAS DENIED FOR 11 days AT COUNTY JAIL. AND deliberatly NOT SEEN. SO i CALLED ON PANIC box IN MODULE, AND BEGGED [DEPUTYS to PLEASE ESCORT ME to FACILITIES CLINIC], but the MEDICAL STAFF [RUDELY] DENIED ANY type TREATMENT, SO the DEPUTY SENT ME BACK to MODULE.. UNNECESSARLY i SUFFERED. THE UNIT SUPERVISOR of MODULE [OBSTRUCTED] my MEDICAL CARE by failing to comply with A URGENT DEMANDING MEDICAL NEED THAT CAUSED FATAL & CRUEL PANIC ATTACKS I'VE SUFFERED SENSE i WAS BORN.. [DELIBERATE INTERFERENCE by CORRECTION STAFF] "UNTRAINED" PERSONAl, AND DEPUTYS of COUNTY JAIL HAVE 'NO' KNOWLEDGE to MAKE MEDICAL DEISIONS THAT i UNBAREABLY SUFFERED.. SYSTEMIC DEFICIENCY IN STAFFING. AND MEDICAL.. FAR FETCHED ACTION, AND MISCONDUCTS, AND "INADEQUATE" PROCEDURES, by SHERIFF MEDICAL STAFF AND TRAINEE with 'NO' MEDICAL KNOWLEDGE of MENTAL DISORDERS EFFECTS AND HELPFUL SOLUTIONS.

Count 3: The following civil right has been violated: 8th AMENDMENT 14th Rights to MEDICAL CARE..
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

FREEDOM FROM CRUEL & UNUSUAL PUNISHMENT.. ETC

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

42 (1983)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

CoUNT 3; SysTem deficiencies in staffing, facilities or procedure made unnecessary suffering inevitable. Deliberate indifference.. Prohibition against cruel & unusual punishment due to the lack of care, and lifes necessities include adequate medical, and personal safety, because of my panic attacks are in harms way & because of denial of minimal civilized measures of life. Necessities that Sheriffs untrained medical staff refused me & it urgent serious needs with the Right treatment of both standard medical, and Psychiatrist treatments.. That are treatment from my civilian mental disorder Dr... That were Refused by Clinics. Dr Adams, Dr Jenkin... "Unbecoming misconduct.. (D.O.A)-(A.D.A) supporting facts..

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☑ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: SAMUEL ZOCH
Defendants: S.D. Sheriffs County Jail Medical (Dept)

(b) Name of the court and docket number: United States District Court Southern District of California. [3:08-CV-1130-J-AJB]

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] Still Pending Failure to Exhaust, and one year statute of limitations.

(d) Issues raised: Cruel and Unusual Punishment; Suffer Unnecessarily. "Medical Negligence", Denial of Urgent demanding Care. [ADA] violation of honoring my life long disabilities.. [Sheriffs Medical System Division / William B Kolender Deliberate Indifference / Chief Medical Supervisor Conduct

(e) Approximate date case was filed: 7-02-08

(f) Approximate date of disposition: 2008 Aug - 4 PM 2:17

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

(1) Failure to Exhaust, and one year statute of limitation..

(2) Failure to satisfy filing fee requirement " " state a [cognizable] claim on habeas corpus..

[Case Number 3:08-cv-1130]  Samuel L Zoch
[I"                         #8139011/
[Continue in Forma Pauperis]

[Prejudice in Eleajon Court that are a County Administration that combine with County Sheriff of San Diego County... 6

§ 1983 SD Form (Rev. 5/98)                    ::ODMA\PCDOCS\WORDPERFECT\22834\1

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):



2. Damages in the sum of $ 2.2 million.
3. Punitive damages in the sum of $ _____
4. Other: _____

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.      **OR**      ☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

8-10-08
Date

Samuel L. Zoch
Signature of Plaintiff

(1)

**SAN DIEGO COUNTY SHERIFF'S DEPARTMENT**
**DETENTION FACILITY SERVICES**

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. *ES IMPORTANTE para la persona que reciba ésta carta lea el reverso de ésta página.*

| Inmate's Name: *Nombre del Encarcelado:* | Booking No.: *Número:* | Facility: *Cárcel:* | Housing Unit: *Tanque:* |
|---|---|---|---|
| Samuel Liam Zock | #8139011 | G.B.D.F. | 3C-247 top |

Courts;

The reason why i did not exhaust my compliant in county courts is because of the large union of county sources that include judicial performance that would denie my habeas corpus compliant while i wait for a plea bargan or trial.. Also incarcerated in Sheriffs county jail the lack of medical treatment that has been delayed by county jail authorities that refused urgent care also are preejudice because of my demanding disorders that need urgent care. that is another part of county supports in jail. My issues are negligence by sheriffs proceedures that should of stoped my panic Attacks while in county in general population with "no" means to contact a psychiatrist that is allways on call (24-7).. My mental disorder also plays a serious illiferate disorder i have suffered about 20 years.. The county of S.D. that include many Avenues of sources for the community including mental disorder

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED. Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00. Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

## SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION SERVICES BUREAU

### MAIL TO INMATES / CORRESPONDENCIA PARA ENCARCELADOS

Address the envelope as follows / *Dirija toda correspondencia en la siguiente manera*

FROM: Sender's name, street address, city, state and zip code
TO: Inmate's full name, booking number, if known, and detention facility address

*DEPARTE DE: El nombre del remitente, domicilio, ciudad, estado y zona postal*
*PARA: El nombre del encarcelado, su número de cárcel, si lo sabe, y la dirección de la cárcel*

*[handwritten: LEgAl MAil]*

**SAN DIEGO CENTRAL JAIL**
P.O. Box 122952
San Diego, CA 92112-2952
Information Phone:
(619) 615-2700

**DESCANSO DETENTION FACILITY**
7878 Cambell Ranch Rd.
Alpine, CA 91901
Information Phone:
(619) 445-6960

**GEORGE F. BAILEY DETENTION FACILITY**
446 Alta Rd., Suite 5300
San Diego, CA 92158
Information Phone:
(619) 661-2620

**EAST MESA DETENTION FACILITY**
446 Alta Rd., Suite 5200
San Diego, CA 92158
Information Phone:
(619) 661-2608

**LAS COLINAS DETENTION FACILITY**
9000 Cottonwood Ave.
Santee, CA 92071-3093
Information Phone:
(619) 258-3176

**SOUTH BAY DETENTION FACILITY**
500 Third Ave.
Chula Vista, CA 91910-5646
Information Phone:
(619) 691-4810

**VISTA DETENTION FACILITY**
325 S. Melrose Drive, Suite 200
Vista, CA 92083-6627
Information Phone:
(760) 940-4473

All inmate mail, except legal correspondence, is opened, searched and subject to recording by Detention Facility officials. *Toda la correspondencia recibida, excepto correspondencia legal, será abierta, examinada y será documentada por officiales autorizados de la cárcel.*

### MONEY TO INMATES / DINERO PARA ENCARCELADOS

When mailing funds to an inmate, use **BANK, U. S. POST OFFICE OR WESTERN UNION MONEY ORDERS** or **CERTIFIED CHECKS ONLY.** Personal checks cannot be cashed by an inmate. **DO NOT** send cash through the mail. Cash must be brought to the Jail Information Window. There is a ten (10) working day hold for the check to clear the bank.    *Cuando quiera mandar dinero al encarcelado, mande **GIRO BANCARIO, GIRO POSTAL, GIRO WESTERN UNION ó CHEQUE BANCARIO CERTIFICADO** solament. Cheques personales no se aceptan. **NO MANDE** dinero por el correo. Si desea puede traer el dinero directamente a la Ventanilla de Información de la cárcel. Hay un período de diez (10) dias de espera para que los cheques se puedan cobrar y transferir a las cuentas del encarcelado.*

### VISITING / VISITAS

Visiting days and times differ at each facility. My visiting day/time is:
*Los dias y la hora de visita son diferentes en cada cárcel. Mis dias de visita son:*

### GENERAL INFORMATION / INFORMACION GENERAL

Medical, dental, religious and counseling services are provided by the jail. Inmates may not receive incoming phone calls, but are allowed to make outgoing collect calls on a varying schedule. *Servicios médicos, dentales, religiosos y consejeros son disponibles por medio de la cárcel. Los encarcelados no pueden recibir llamadas*

J-56 Side Two (Rev. 5/00)

(2)

# SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
## DETENTION FACILITY SERVICES

**IT IS IMPORTANT** for the person receiving this letter to read the opposite side. **ES IMPORTANTE** para la persona que reciba ésta carta lea el reverso de ésta página.

| Inmate's Name: Nombre del Encarcelado: | Booking No.: Número: | Facility: Cárcel: | Housing Unit: Tanque: |
|---|---|---|---|
| Samuel Zoch | #8139011 | G.B.D.F. | 3C 247 TOP |

that have been a necessities of lifes .. These basic human need also include adequate medical, and personal safety. I filed a grievance, but no response by county jail. Unnecessary suffering

I will request to ask the district court to proceed in forma pauperis in federal courts.

I've showed favoritism, and prejudice misconduct because of my handicap disabilities, and housing in jail that is not able to treat my disabilities.

These county sources include courts, jail and county treatment in county jail. that neglect my severe demands. Thats why i chose the federal courts, my constitution right are violated, and should be addressed by federal authorities that are knowledgeable of my civil right violated as a county inmate that is under the scope of 42 (1983) [D.D.A] [A.D.A] written law. County courts merge with sheriff policies & practicies .. that show acts of prejudice Thank you motives in county courts... Samuel Zoch

FREE AIDS TEST, NO NAMES TAKEN, NO APPOINTMENT NEEDED.  Telephone 236-2264.
1700 Pacific Highway, Monday through Friday 8:00 to 11:30 and 1:00 to 4:00.
PRUEBA DEL SIDA GRATIS, NO NECESITA HACER CITA, NO SE TOMARAN SUS NOMBRES.
1700 Pacific Highway. Lunes a Viernes. 8:00-11:30, y 1:00-4:00.  Tel. 236-226

**OVER / VEA AL REVERSO**

J-56 Side One (Rev. 4/98)

SAN DIEGO COUNTY SHERIFF'S DEPARTMENT
DETENTION SERVICES BUREAU

## MAIL TO INMATES / CORRESPONDENCIA PARA ENCARCELADOS

Address the envelope as follows / *Dirija toda correspondencia en la siguiente manera*

FROM: Sender's name, street address, city, state and zip code
TO: Inmate's full name, booking number, if known, and detention facility address

*DEPARTE DE: El nombre del remitente, domicilio, ciudad, estado y zona postal*
*PARA: El nombre del encarcelado, su número de cárcel, si lo sabe, y la dirección de la cárcel*

*[handwritten: LEgAl MAiL]*

**SAN DIEGO CENTRAL JAIL**
P.O. Box 122952
San Diego, CA 92112-2952
Information Phone:
(619) 615-2700

**EAST MESA DETENTION FACILITY**
446 Alta Rd., Suite 5200
San Diego, CA 92158
Information Phone:
(619) 661-2608

**VISTA DETENTION FACILITY**
325 S. Melrose Drive, Suite 200
Vista, CA 92083-6627
Information Phone:
(760) 940-4473

**DESCANSO DETENTION FACILITY**
7878 Cambell Ranch Rd.
Alpine, CA 91901
Information Phone:
(619) 445-6960

**LAS COLINAS DETENTION FACILITY**
9000 Cottonwood Ave.
Santee, CA 92071-3093
Information Phone:
(619) 258-3176

**GEORGE F. BAILEY DETENTION FACILITY**
446 Alta Rd., Suite 5300
San Diego, CA 92158
Information Phone:
(619) 661-2620

**SOUTH BAY DETENTION FACILITY**
500 Third Ave.
Chula Vista, CA 91910-5646
Information Phone:
(619) 691-4810

All inmate mail, except legal correspondence, is opened, searched and subject to recording by Detention Facility officials. *Toda la correspondencia recibida, excepto correspondencia legal, será abierta, examinada y será documentada por officiales autorizados de la cárcel.*

## MONEY TO INMATES / DINERO PARA ENCARCELADOS

When mailing funds to an inmate, use **BANK, U. S. POST OFFICE OR WESTERN UNION MONEY ORDERS** or **CERTIFIED CHECKS ONLY**. Personal checks cannot be cashed by an inmate. **DO NOT** send cash through the mail. Cash must be brought to the Jail Information Window. There is a ten (10) working day hold for the check to clear the bank. *Cuando quiera mandar dinero al encarcelado, mande **GIRO BANCARIO, GIRO POSTAL, GIRO WESTERN UNION ó CHEQUE BANCARIO CERTIFICADO** solament. Cheques personales no se aceptan. **NO MANDE** dinero por el correo. Si desea puede traer el dinero directamente a la Ventanilla de Información de la cárcel. Hay un período de diez (10) dias de espera para que los cheques se puedan cobrar y transferir a las cuentas del encarcelado.*

## VISITING / VISITAS

Visiting days and times differ at each facility. My visiting day/time is:
*Los dias y la hora de visita son diferentes en cada cárcel. Mis dias de visita son:*

## GENERAL INFORMATION / INFORMACION GENERAL

Medical, dental, religious and counseling services are provided by the jail. Inmates may not receive incoming phone calls, but are allowed to make outgoing collect calls on a varying schedule. *Servicios médicos, dentales, religiosos y consejeros son disponibles por medio de la cárcel. Los encarcelados no pueden recibir llamadas*

J-56 Side Two (Rev. 5/00)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Samuel Liam Zoch

2254   1983

FILING FEE PAID
Yes ☐   No ☒

IFP MOTION FILED
Yes ☐   No ☒

CONSENT TO
Court ☐   Pro Se ☒

**DEFENDANTS**

SD County Sheriff's Med, et al

FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Samuel Liam Zoch
446 Alta Road, Suite 5300
San Diego, CA 92158
8139011

**ATTORNEYS (IF KNOWN)**

'08 CV 1481 JLS CAB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability |  | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract |  |  | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☒ 550 Civil Rights |  |  |  |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  JUDGE  Docket Number

DATE  8/13/2008

~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Miller