1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   SAMUEL LIAM ZOCH,                          Civil No.   08-1481 JLS (CAB)
     Booking #8139011,
12
                                  Plaintiff,
13                                             **ORDER DISMISSING CIVIL
                                               ACTION WITHOUT PREJUDICE**
14            vs.                              **FOR FAILING TO PAY
                                               FILING FEE REQUIRED**
15                                             **BY 28 U.S.C. § 1914(a)**
     SD COUNTY SHERIFF'S MEDICAL;              **AND/OR FAILING TO MOVE**
16   SD COUNTY JAIL,                           **TO PROCEED *IN FORMA PAUPERIS***
                                               **PURSUANT TO 28 U.S.C. § 1915(a)**
                                  Defendants.
17

18

19        Plaintiff, currently detained at George F. Bailey Detention Facility in San Diego,

20   California, and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C.

21   § 1983.

22                                        **I.**

23            **FAILURE TO PAY FILING FEE OR REQUEST IFP STATUS**

24        All parties instituting any civil action, suit or proceeding in a district court of the United

25   States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28

26   U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay this filing fee only if

27   the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).

28   / / /

1  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d

2  1176, 1177 (9th Cir. 1999).

3      Plaintiff has neither prepaid the $350 filing fee required to commence a civil action, nor

4  has submitted a Motion to Proceed IFP.  Therefore, this case is subject to immediate dismissal

5  pursuant to 28 U.S.C. § 1914(a).

6                                            **II**.

7                          **CONCLUSION AND ORDER**

8      For the reasons set forth above, the Court hereby:

9      (1)    **DISMISSES** this action sua sponte without prejudice for failing to pay the $350

10  filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

11      (2)    **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is "Filed"

12  to:  (a) prepay the entire $350 civil filing fee in full; *or* (b) complete and file a Motion to proceed

13  IFP which includes a certified copy of his trust account statement for the 6-month period

14  preceding the filing of his Complaint pursuant to 28 U.S.C. § 1915(a)(2) and S.D. CAL. CIVLR

15  3.2(b).

16      **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with the

17  Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma*

18  *Pauperis*."  If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the

19  enclosed Motion to Proceed IFP within 45 days, this action shall remain dismissed without

20  prejudice and without further Order of the Court.

21

22

23  DATED:  August 18, 2008

24                                    _____
                                      Honorable Janis L. Sammartino
                                      United States District Judge

25

26

27

28